IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RAHEEM DASHEEN JACKSON,

    Plaintiff,

v.

JANET M. DELOACH, et al.;

    Defendants.

CIVIL ACTION NO.: 4:19-cv-77

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's August 29, 2019 Report and Recommendation, (doc. 9), to which Plaintiff has filed not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 9), as the opinion of the Court and **DISMISSES** Plaintiff's Complaint **WITH PREJUDICE**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 28th day of October, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA