# United States District Court
## Southern District of Georgia

RAHEEM DASHEEN JACKSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-77

JANET M. DELOACH, et al.,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated October 28, 2019, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case with prejudice.

Approved by: _____

November 8, 2019　　　　　　　　　　　　Scott L. Poff
*Date*　　　　　　　　　　　　　　　　　　*Clerk*

_____
*(By) Deputy Clerk*